168 A.3d 1171

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. DAVID M. CLARK, DEFENDANT-RESPONDENT.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003808-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division for reconsideration in light of *State v. Joe*, 228 *N.J.* 125, 155 *A.*3d 563 (2017). Jurisdiction is not retained.